IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BIEL LOAN CO., III-A, L.L.C. § | | PLAINTIFF |
| § | | |
| v. § | | Civil Action No. 1:10cv153HSO-JMR |
| § | | |
| LEE FREYER KENNEDY CRESTVIEW, § | | |
| LLC, LEE F. KENNEDY ALABAMA, LLC, § | | |
| FACTORY HILL, L.L.C. and LEE FREYER § | | |
| KENNEDY § | | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [27] to Dismiss Without Prejudice of Plaintiff Biel Loan Co. III-A.  The Court, after a full review and consideration of the Motion, the record in this case, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendants Lee Freyer Kennedy Crestview, LLC, Lee F. Kennedy Alabama, LLC, Factory Hill, LLC, and Lee Freyer Kennedy are dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed without prejudice, and that all pending Motions are denied as moot.

**SO ORDERED AND ADJUDGED**, this the 10th day of May, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE